# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion for Preliminary Injunction, docket #2**

| | |
|---|---|
| U.S. District Judge: David C. Nye | Date: August 11, 2021 |
| Deputy Clerk: Patti Richmond | Time: 2:07 – 4:55 pm |
| Court Reporter: Anne Bowline | (Total time 3 hr 48 min) |
| Place: Coeur d'Alene, ID | |

_____

Jeff Tyler vs. Coeur d'Alene School District #271
2:21-cv-104-DCN

Counsel for Plaintiff: Jeremy R. Morris
Counsel for Defendant: Jennifer Fegert

- (X) Plaintiff's opening statement. 2:11 – 2:23 pm
- (X) Defendant's opening statement. 2:23 – 2:30 pm
- (X) Plaintiff calls Thomas James Hamilton, who was sworn and testified. 2:33 – 3:23 pm
- (X) Plaintiff moves to publish 1003 (Polling Place Rules), no objection, published.
- (X) Plaintiff rests. 3:24 pm
- (X) Defendant calls Lisa Pica, who was sworn and testified. 3:25 – 3:56 pm
- (X) Defendant calls Dean Keck, who was sworn and testified. 3:58 – 4:24 pm
- (X) Defendant calls Deputy Nick Fransenn, who was sworn and testified. 4:26 – 4:46 pm
- (X) Defendant rests. 4:47 pm
- (X) Plaintiff recalls Thomas James Hamilton. 4:47 – 4:51 pm

The parties shall submit simultaneous closing briefs to the Court no later than August 25, 2021 at 5:00 pm, after which a written decision will be forthcoming.